# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS DAVIS and GUADALUPE DAVIS,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PIONEER CREDIT RECOVERY, INC., et al.,<br><br>　　　　　Defendants. | Case No. CV 11-1963-JEM<br><br>**JUDGMENT** |

　　　In accordance with the Memorandum Opinion and Order Granting Summary Judgment for Defendant filed concurrently herewith,

　　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: January 3, 2012　　　　　　　　　　　　　　/s/ John E. McDermott
　　　　　　　　　　　　　　　　　　　　　　　　　JOHN E. MCDERMOTT
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE